IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG POPER | : | CIVIL ACTION |
| v. | : | |
| SCA AMERICAS, INC. | : | NO. 10-3201 |

ORDER

AND NOW, this 10th day of August, 2012, upon consideration of Defendant SCA Americas, Inc.'s, Motion for Summary Judgment (Docket No. 37), the plaintiff's opposition, after oral argument held on July 12, 2012, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that summary judgment is GRANTED. Judgment is hereby entered in favor of the defendant and against the plaintiff. This case is closed.

BY THE COURT:

MARY A. McLAUGHLIN, J.