MAM

51

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREG POPER                          :       CIVIL ACTION
                                    :
            v.                      :
                                    :
SCA AMERICAS, INC.                  :       NO. 10-3201

                        ORDER

FILED

AUG 13 2012

MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

        AND NOW, this 10th day of August, 2012, upon

consideration of Defendant SCA Americas, Inc.'s, Motion for

Summary Judgment (Docket No. 37), the plaintiff's opposition,

after oral argument held on July 12, 2012, and for the reasons

stated in a memorandum of law bearing today's date, IT IS HEREBY

ORDERED that summary judgment is GRANTED.  Judgment is hereby

entered in favor of the defendant and against the plaintiff.

This case is closed.


                        BY THE COURT:


                        MARY A. McLAUGHLIN, J.